[No. 66547-2-I.   Division One.   May 29, 2012.]

SEAWEST INVESTMENT ASSOCIATES, LLC, *Respondent*, v. LUIN LEISHER ET AL., *Appellants*, COMMONWEALTH LAND TITLE COMPANY OF PUGET SOUND, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-34857-1, Richard D. Eadie, J., entered December 15, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Grosse, J.

[No. 66559-6-I.   Division One.   May 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS RAYMOND PROUT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-02360-3, Jim Rogers, J., entered January 10, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Appelwick and Dwyer, JJ.

[No. 66656-8-I.   Division One.   May 29, 2012.]

*In the Matter of the Marriage of* FANTAHUEN M. HUSSEIN, *Appellant*, and MARINA GLISIC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-07867-3, Dean Scott Lum, J., entered January 11, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Cox, JJ.

[No. 66721-1-I.   Division One.   May 29, 2012.]

JACK GRANT, *Appellant*, v. FIRST HORIZON HOME LOANS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-2-02676-9, Steven J. Mura, J., entered February 4, 2011. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Ellington, J., concurred in by Leach, C.J., and Dwyer, J.